United States Bankruptcy Court
District of Nevada

In re:                                                                            Case No. 25-50701-hlb
RICKEY CARL HARING                                                                Chapter 13
KRYSTAL EVE COLLETTA
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0978-3 | User: admin | Page 1 of 2
--- | --- | ---
Date Rcvd: Jul 31, 2025 | Form ID: 309I | Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | RICKEY CARL HARING, KRYSTAL EVE COLLETTA, 7440 WEST 4TH ST., TRLR 14, RENO, NV 89523-8924 |
| 12671248 | + | HelloBrigit Loans, 838 Avenue of the Americas 6th Floor, New York, NY 10001-4194 |
| 12671251 | + | James Russell Carnes, 375 Palace Drive, Reno, NV 89506-9699 |
| 12671256 | + | Nevada Title and Payday Loans, 916 S. Virginia, Reno, NV 89502 |
| 12671257 | | Paul J. Malikowski, P.O. Box 9030, Reno, NV 89507-9030 |
| 12671259 | | San Joaquin County TTC, P.O. Box 2169, Stockton, CA 95201-2169 |
| 12671261 | + | The James Carnes Living Trust, UAD dated March 18, 2021, James Carnes, Trustee, 375 Palace Drive, Reno, NV 89506-9699 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: marybethgardner@hotmail.com | Aug 01 2025 00:19:00 | MARYBETH GARDNER, MARY BETH GARDNER, 620 EAST PLUMB LANE, SUITE 210, Reno, NV 89512 |
| tr | + | Email/Text: ecf@reno13.com | Aug 01 2025 00:20:00 | WILLIAM A. VAN METER, POB 6630, RENO, NV 89513-6630 |
| 12671236 | + | Email/Text: bpcsbk@gmail.com | Aug 01 2025 00:20:00 | Business & Professional Coll Svc, Attn: Bankruptcy, 816 S Center St, Reno, NV 89501-2306 |
| 12671237 | ^ | MEBN | Aug 01 2025 00:19:30 | Clark County Collection Service, 8860 West Sunset Road, Suite 100, Las Vegas, NV 89148-4899 |
| 12671238 | + | Email/Text: bankruptcy@consumerportfolio.com | Aug 01 2025 00:20:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, P.O. Box 57071, Irvine, CA 92619-7071 |
| 12671239 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 01 2025 00:19:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 12671240 | + | EDI: CCS.COM | Aug 01 2025 04:17:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 12671241 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 01 2025 00:26:24 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 12671242 | + | Email/Text: paperwork@dontbebroke.com | Aug 01 2025 00:20:00 | Dollar Loan Center, Attn: Bankruptcy, 8860 West Sunset Road, Las Vegas, NV 89148-4899 |
| 12671243 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Aug 01 2025 00:38:11 | Exeter Finance LLC, Attn: Bankruptcy, P.O. Box 166008, Irving, TX 75016-6008 |
| 12671244 | + | EDI: BLUESTEM | Aug 01 2025 04:17:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 12671245 | ^ | MEBN | | |

District/off: 0978-3 | User: admin | Page 2 of 2
Date Rcvd: Jul 31, 2025 | Form ID: 309I | Total Noticed: 29

| Recip ID | | Name and Address | Notice Sent | Name and Address |
|---|---|---|---|---|
| | | | Aug 01 2025 00:19:41 | First Digital Card, Attn: Bankruptcy, Po Box 85650, Sioux Falls, SD 57118-5650 |
| 12671246 | + | EDI: AMINFOFP.COM | | |
| | | | Aug 01 2025 04:17:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 12671247 | | Email/Text: bankruptcy@glsllc.com | | |
| | | | Aug 01 2025 00:19:00 | Global Lending Services LLC, Attn: Bankruptcy, P.O. Box 10437, Greenville, SC 29603 |
| 12671250 | + | EDI: IRS.COM | | |
| | | | Aug 01 2025 04:17:00 | INTERNAL REVENUE SERVICE, ATTN:BANKRUPTCY DEPARTMENT, STOP 5028, 110 CITY PARKWAY, Las Vegas, NV 89106-6085 |
| 12671252 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Aug 01 2025 04:17:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 12671253 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 01 2025 00:26:34 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, P.O. Box 10497, Greenville, SC 29603-0497 |
| 12671254 | ^ | MEBN | | |
| | | | Aug 01 2025 00:19:59 | MaxLend, P.O. Box 760, Parshall, ND 58770-0703 |
| 12671255 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 01 2025 00:20:00 | Midland Credit Mgmt, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 12671258 | | EDI: PRA.COM | | |
| | | | Aug 01 2025 04:17:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 12671260 | + | EDI: CBS7AVE | | |
| | | | Aug 01 2025 04:17:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 12671262 | + | EDI: VERIZONCOMB.COM | | |
| | | | Aug 01 2025 04:17:00 | Verizon Wireless, Attn: Bankruptcy Department, P.O. Box 408, Newark, NJ 07101-0408 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12671249 | * | Internal Revenue Service, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2025 | Signature: | /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** RICKEY CARL HARING<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–6759<br>EIN:   _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:** KRYSTAL EVE COLLETTA<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–0534<br>EIN:   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:   District of Nevada | Date case filed for chapter:   13   7/30/25 | |
| Case number:   25–50701–hlb | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | RICKEY CARL HARING | KRYSTAL EVE COLLETTA |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7440 WEST 4TH ST., TRLR 14<br>RENO, NV 89523 | 7440 WEST 4TH ST., TRLR 14<br>RENO, NV 89523 |
| 4. | **Debtor's attorney**<br>Name and address | MARYBETH GARDNER<br>MARY BETH GARDNER<br>620 EAST PLUMB LANE, SUITE 210<br>Reno, NV 89512 | Contact phone 775–329–7979<br><br>Email:  marybethgardner@hotmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM A. VAN METER<br>POB 6630<br>RENO, NV 89513 | Contact phone (775) 324–2500 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Booth Street<br>Reno, NV 89509 | Office Hours 9:00 AM – 4:00 PM<br><br>Contact phone (775) 326–2100<br><br>Date: 7/30/25 |

**For more information, see page 2**

Debtor **RICKEY CARL HARING** and **KRYSTAL EVE COLLETTA**                                     Case number **25–50701–hlb**

| 8. Meeting of creditors | **September 10, 2025** at **10:00 AM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 419 378 5438, and Passcode 8196033373, OR call 1 775 572 8913** |

**For additional meeting information go to https://www.justice.gov/ust/moc**

| 9. Deadlines | | |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline: 11/10/25** |
| | **You must file:** • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or | |
| | • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/8/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/26/26** |

**Deadlines for filing proof of claim:**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**Deadline to object to exemptions:**     **Filing deadline:** 30 days after the
The law permits debtors to keep certain property as exempt. If                         *conclusion* of the
you believe that the law does not authorize an exemption                                 meeting of creditors
claimed, you may file an objection.

| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |