United States Bankruptcy Court
District of Nevada

| | |
|---|---|
| In re: | Case No. 25-50701-hlb |
| RICKEY CARL HARING | Chapter 13 |
| KRYSTAL EVE COLLETTA | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 31, 2025 | Form ID: ofilingf | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | RICKEY CARL HARING, KRYSTAL EVE COLLETTA, 7440 WEST 4TH ST., TRLR 14, RENO, NV 89523-8924 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MARYBETH GARDNER | on behalf of Debtor RICKEY CARL HARING marybethgardner@hotmail.com SGYLAW@GMAIL.COM |
| MARYBETH GARDNER | on behalf of Joint Debtor KRYSTAL EVE COLLETTA marybethgardner@hotmail.com SGYLAW@GMAIL.COM |
| WILLIAM A. VAN METER | ECF@reno13.com trusteeNVB4v@ecf.epiqsystems.com |

TOTAL: 3

NVB 1006 (Rev. 03/2024)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| IN RE: | BK−25−50701−hlb |
| --- | --- |
| RICKEY CARL HARING | CHAPTER 13 |
| KRYSTAL EVE COLLETTA | |
| Debtor(s) | ORDER GRANTING PAYMENT OF FILING FEE IN INSTALLMENTS |

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that the debtor(s) must pay the filing fee according to the following terms:

| You must pay.... | On or before this date*... |
| --- | --- |
| $ 80.00 | 8/4/25 |
| $ 80.00 | 9/29/25 |
| $ 80.00 | 10/28/25 |
| $ 73.00 | 11/28/25 |
| Total $313.00 | |

**PLEASE NOTE:** Debtors cannot make filing fee payments with a personal check or personal credit card. The court only accepts the amounts specified in this order. Payments made in cash are not accepted.

*If the dates noted above fall on a day when the court is closed, the due date becomes the next business day.

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

| **Pay Online** | **Pay by Mail or In Person** |
| --- | --- |
| Scan the following QR code with your mobile device:<br><br>Or visit:<br>https://www.nvb.uscourts.gov/filing/filing−fees/online−payments/ | Installment payments (Cashier's check or money order − NO personal checks) are to be mailed or brought to:<br><br>**U.S. Bankruptcy Court, District of Nevada**<br>300 Las Vegas Blvd. So.<br>Las Vegas, NV 89101 |

Dated: 7/31/25

Daniel S. Owens
Clerk of Court