Mary Beth Gardner, Esq.
Nevada Bar No. 3955
620 East Plumb Ln., Suite 210
Reno, Nevada 89502
Phone: (775) 329-7979
Fax:    (775) 201-0343
Email: marybethgardner@hotmail.com
Attorney for Debtors
Haring and Colletta

E-Filed: August 8, 2025

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

IN RE:

RICKEY CARL HARING and
KRYSTAL EVE COLLETTA,

Debtors.
_____/

Case No. BK-N-25-50701-hlb

Chapter -13-

**No Hearing Required**

### EX PARTE MOTION FOR EXTENSION OF TIME IN WHICH TO COMPLETE DEFICIENT FILING

COME NOW the Debtors RICKEY CARL HARING and KRYSTAL EVE COLLETTA,, by and through undersigned counsel, MARY BETH GARDNER, Esq., and in accordance with Fed. R. Bankr. P. 1007(c) and Local Rule 1007(d), herein move this Honorable Court for issuance of an Order extending the time, up to and including August 27, 2025, in which to comply with the directives of this Court's Notice of Incomplete and/or Deficient Filing, (Dkt. #10), presently ordered to be cured on or before August 13, 2025 (Dkt. #9). In support hereof, Debtors state as follows:

**POINTS & AUTHORITIES**

1. On July 30, 2025, Debtors filed an emergency Chapter 13 Voluntary Petition, including therewith a verified matrix listing the names and addresses of all entities to be included within the schedules and supporting documents. (Dkt. #1).

2. By Notice filed July 31, 2025, this Court enumerated the deficiencies and set a deadline of August 13, 2025, for said deficiencies to be rectified. (Dkt. ## 10,

9).

3. Debtors' §341 Meeting of Creditors is scheduled for September 10, 2025.

4. This case was filed on an emergency basis on July 30, 2025, in response to the lien holder of their manufactured home seeking, by *ex parte* motion filed July 29, 2025, in a state court case itself filed on July 29, 2025, to repossess their home by immediately taking possession and evicting the Debtors. See *Carnes v Haring & Colletta*, CV25-01793 (NV 2nd Jud). Because of the tactics of Plaintiff's counsel in state court, no consideration was given, or could be given, to undersigned counsel's schedule and pre-existing obligations.

5. The extension requested would accord counsel, and Debtors, an additional two weeks in which to prepare, properly review, and file the Schedules, Statements, Disclosures and Chapter 13 Plan in accordance with this Court's Notice and directives of July 31, 2025 (Dkt. ## 10, 9).

6. Debtors' §341 Meeting of Creditors is not scheduled until September 10, 2025. Disclosure to the Chapter 13 Trustee of all requisite documents will occur in a timely manner irrespective of the extension herein requested.

7. Fed. R. Bankr. P 1007(c) states that the relief herein may be granted only upon motion for cause shown and upon notice to the U.S. Trustee and the Trustee. Debtors respectfully assert they have herein shown cause for the extension of time requested and filed herewith, albeit separately, is written Notice of this motion directed to the Office of U.S. Trustee and the Chapter 13 Trustee. Written Notice of this Court's Order granting this extension will also be filed.

8. This motion is timely filed in compliance with FRBP 1007(c) and LR 1007(d).

9. A proposed Order is submitted herewith and will be uploaded.

**CONCLUSION**

WHEREFORE, the premises considered, the Debtors respectfully pray this Honorable Court will issue its Order granting them an extension of time, up to and

-2-

including August 27, 2025, in which to file their Schedules, Statements, Disclosures and Chapter 13 Plan in accordance with this Court's Notice and directives of July 31, 2025 (Dkt. ## 10, 9).

RESPECTFULLY SUBMITTED this 8th day of August, 2025.

/s/ *Mary Beth Gardner* /s/
MARY BETH GARDNER
Attorney for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2025, I served a true and correct copy of the foregoing Motion, including proposed Order, via the e-filing system on the Chapter 13 Trustee and the United States Trustee.

/s/ *Mary Beth Gardner* /s/
MARY BETH GARDNER

- 3 -

# PROPOSED ORDER

Mary Beth Gardner, Esq.
Nevada Bar No. 3955
620 East Plumb Ln., Suite 210
Reno, Nevada 89502
Phone: (775) 329-7979
Fax:    (775) 201-0343
Email: marybethgardner@hotmail.com
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

RICKEY CARL HARING and
KRYSTAL EVE COLLETTA,

Debtors.
_____/

Case No.  BK-N-25-50701-hlb

Chapter -13-

**No Hearing Required**

**ORDER GRANTING EX PARTE MOTION
TO EXTEND TIME IN WHICH TO FILE
SCHEDULES, STATEMENTS, DISCLOSURES & PLAN**

For cause shown, and upon Notice to the U.S. Trustee and Chapter 13 Trustee,

**IT IS HEREBY ORDERED** that Debtors are granted an extension of time, up to and including August 27, 2025, in which to file their Schedules, Statements, Disclosures and Chapter 13 Plan in accordance with this Court's Notice and directives of July 31 2025 (Dkt. ## 10, 9).