Mary Beth Gardner, Esq.
Nevada Bar No. 3955
620 East Plumb Ln., Suite 210
Reno, Nevada 89502
Phone: (775) 329-7979
Fax:    (775) 201-0343
Email: marybethgardner@hotmail.com
Attorney for Debtors

E-Filed: August 8, 2025

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

IN RE:

RICKEY CARL HARING and
KRYSTAL EVE COLLETTA,

Debtors.
_____/

Case No. BK-N-25-50701-hlb

Chapter -13-

**No Hearing Required**

### NOTICE OF EX PARTE MOTION FOR EXTENSION OF TIME IN WHICH TO COMPLETE DEFICIENT FILING

**TO:   OFFICE OF THE UNITED STATES TRUSTEE**

**TO:   CHAPTER 13 TRUSTEE, WILLIAM A. VAN METER, ESQ.**

**NOTICE IS HEREBY GIVEN** that on August 8, 2025, on Debtors' behalf, undersigned counsel filed an Ex Parte Motion for Extension of Time in Which to Complete Deficient Filing. Specifically, Debtors have requested they be accorded an extension of time, up to and including August 27, 2025, in which to file their Schedules, Statements, Disclosures and Chapter 13 Plan in accordance with this Court's Notice and directives of July 31, 2025 (Dkt. ## 10, 9).

DATED this 8th day of August, 2025.

_/s/ Mary Beth Gardner /s/_
MARY BETH GARDNER
Attorney for Debtors

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2025, I served a true and correct copy of the foregoing Notice via the e-filing system on the Chapter 13 Trustee and the United States Trustee.

_/s/ Mary Beth Gardner /s/_
MARY BETH GARDNER
