*[signature]*

Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
August 11, 2025

---

Mary Beth Gardner, Esq.
Nevada Bar No. 3955
620 East Plumb Ln., Suite 210
Reno, Nevada 89502
Phone: (775) 329-7979
Fax:   (775) 201-0343
Email: marybethgardner@hotmail.com
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No. BK-N-25-50701-hlb |
| | Chapter -13- |
| RICKEY CARL HARING and KRYSTAL EVE COLLETTA, | |
| | **No Hearing Required** |
| Debtors. / | |

**ORDER GRANTING EX PARTE MOTION
TO EXTEND TIME IN WHICH TO FILE
SCHEDULES, STATEMENTS, DISCLOSURES & PLAN**

For cause shown, and upon Notice to the U.S. Trustee and Chapter 13 Trustee,

**IT IS HEREBY ORDERED** that Debtors are granted an extension of time, up to and including August 27, 2025, in which to file their Schedules, Statements, Disclosures and Chapter 13 Plan in accordance with this Court's Notice and directives of July 31 2025 (Dkt. ## 10, 9).