Mary Beth Gardner, Esq.  
Nevada Bar No. 3955  
620 East Plumb Ln., Suite 210  
Reno, Nevada 89502  
Phone: (775) 329-7979  
Fax:    (775) 201-0343  
Email: marybethgardner@hotmail.com  
Attorney for Debtors  
Haring and Colletta

E-Filed: August 13, 2025

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

RICKEY CARL HARING and  
KRYSTAL EVE COLLETTA,

Debtors.

Case No. BK-N-25-50701-hlb

Chapter -13-

No Hearing Required

### REQUEST FOR VOLUNTARY DISMISSAL OF JOINT DEBTOR ONLY PURSUANT TO 11 U.S.C 1307(b)

COME NOW the Debtors, RICKEY CARL HARING and KRYSTAL EVE COLLETTA, by and through undersigned counsel, Mary Beth Gardner, Esq., and herein request voluntary dismissal of this case for **Joint Debtor only** pursuant to 11 U.S.C. Section 1307(b).

11 U.S.C. §1307(b) states, in pertinent part, as follows:

> On request of the debtor at any time if the case has not been converted under section 706, 1112, or 1208 of this title, the court *shall* dismiss a case under this chapter.

(Emphasis added)

The above-captioned case was commenced under exigent circumstances on July 30, 2025, with the filing of a voluntary emergency petition under Chapter 13.

1

Amidst the urgency of the situation, counsel erroneously assumed Joint Debtor and Debtor are wife and husband. On this day undersigned counsel has learned they are not married, and so including Joint Debtor was and is improper under 11 U.S.C. §302.

This case has not been converted under 11 U.S.C. §§706, 1112 or 1208. The grant of Joint Debtor's request herein is accordingly mandated by 11 U.S.C. § 1307(b).

. A copy of the proposed Order of Voluntary Dismissal of Joint Debtor Only is submitted herewith.

WHEREFORE, the premises considered, Debtors respectfully pray this Honorable Court will approve their request pursuant to 11 U.S.C. §1307(b) for voluntary dismissal of this Chapter 13 case with respect to Joint Debtor only.

RESPECTFULLY SUBMITTED this 13th day of July, 2025.

/S/  *Mary Beth Gardner*  /S/
Mary Beth Gardner, Esq.
Attorney for Debtors
Haring & Colletta

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 13, 2025, she served true and correct copies of the foregoing Request for Voluntary Dismissal of Joint Debtor Only Pursuant to 11 USC 1307(b), with proposed order, via the ECF System, on the U.S. Trustee and Chapter 13 Trustee and via the U.S. Postal Service, by first-class mail, postage prepaid, addressed to those persons named on the list attached hereto (see attached).

DATED this 13th day of August, 2025.

/S/ Mary Beth Gardner /S/
MARY BETH GARDNER

# PROPOSED ORDER

Mary Beth Gardner, Esq.
Nevada Bar No. 3955
620 East Plumb Ln., Suite 210
Reno, Nevada 89502
Phone: (775) 329-7979
Fax:    (775) 201-0343
Email: marybethgardner@hotmail.com
Attorney for Debtors
Haring and Colletta

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:                                              Case No.  BK-N-25-50701-hlb

                                                    Chapter -13-
RICKEY CARL HARING and
KRYSTAL EVE COLLETTA,

                                                    No Hearing Required

Debtors.
_____/

**ORDER OF VOLUNTARY DISMISSAL
OF JOINT DEBTOR COLLETTA ONLY**

The Debtors have requested Joint Debtor be allowed to voluntarily dismiss from this matter pursuant to 11 U.S.C. §1307(b).  This case has not been converted under 11 U.S.C. §§706, 1112 or 1208.  Accordingly, pursuant to 11 U.S.C. §1307(b),

IT IS HEREBY ORDERED that this case is dismissed as to Joint Debtor Krystal Eve Colletta only.

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling, and that (check one):

\_\_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

__X__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the notice/motion pursuant to LR 9014(g), and that no party objected to the form or content of the order.

DATED this 13th day of August, 2025.

_/s/ Mary Beth Gardner, Esq._
Counsel for Debtors Haring & Colletta

Exeter Finance LLC, c/o AIS Portfolio Servic
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Business & Professional Coll Svc
Attn: Bankruptcy
116 S Center St
Reno, NV 89501-2306

Clark County Collection Service
8860 West Sunset Road
Suite 100
Las Vegas, NV 89148-4899

Consumer Portfolio Services, Inc.
Attn: Bankruptcy
P.O. Box 57071
Irvine, CA 92619-7071

Credit Acceptance
Attn: Bankruptcy
25505 West 12 Mile Road Ste 3000
Southfield, MI 48034-8331

Credit Collection Services
Attn: Bankruptcy
725 Canton Street
Norwood, MA 02062-2679

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113-2273

Dollar Loan Center
Attn: Bankruptcy
8860 West Sunset Road
Las Vegas, NV 89148-4899

Exeter Finance LLC
Attn: Bankruptcy
P.O. Box 166008
Irving, TX 75016-6008

Exeter Finance LLC c/o AIS Portfolio Servic
4515 N Santa Fe Ave Dept APS
Oklahoma City, OK 73118-7901

Fingerhut Fetti/Webbank
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

First Digital Card
Attn: Bankruptcy
Po Box 85650
Sioux Falls, SD 57118-5650

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

(p)GLOBAL LENDING SERVICES LLC
1200 BROOKFIELD BLVD STE 300
GREENVILLE SC 29607-6583

HelloBrigit Loans
838 Avenue of the Americas 6th Floor
New York, NY 10001-4194

INTERNAL REVENUE SERVICE
ATTN:BANKRUPTCY DEPARTMENT
STOP 5028
110 CITY PARKWAY
Las Vegas, NV 89106-6085

Internal Revenue Service
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

James Russell Carnes
375 Palace Drive
Reno, NV 89506-9699

Jefferson Capital Systems, Llc
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377-4500

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding/Resurgent Capital
Attn: Bankruptcy
P.O. Box 10497
Greenville, SC 29603-0497

MaxLend
P.O. Box 760
Parshall, ND 58770-0703

Midland Credit Mgmt
Attn: Bankruptcy
P.O. Box 939069
San Diego, CA 92193-9069

Nevada Title and Payday Loans
916 S. Virginia
Reno, NV 89502

Paul J. Malikowski
P.O. Box 9030
Reno, NV 89507-9030

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

San Joaquin County TTC
P.O. Box 2169
Stockton, CA 95201-2169

Seventh Ave/Swiss Colony Inc.
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566-1364