E-filed on **October 4, 2025**

**MARY BETH GARDNER**
Name
**3955 NV**
Bar Code #
**620 EAST PLUMB LANE, SUITE 210**
**Reno, NV 89502**
Address
**(775) 329-7979**
Phone Number

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: **RICKEY CARL HARING**

Case No.: **25-50701-hlb**
Chapter: **13**
Trustee: **William A. Van Meter, Esq.**

Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ☐ Voluntary Petition (specify reason for amendment)
- ☐ Summary of Schedules
- ☐ Statistical Summary of Certain Liabilities
- ☐ Schedule A - Real Property
- ☐ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as exempt
- ☑ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
  - ☑ Add/delete creditor(s), change amount or classification of debt - **$34 Fee required**
  - ☐ Add/change address of already listed creditor - **No fee**
- ☐ Schedule G - Schedule of Executory Contracts and Unexpired Leases
- ☐ Schedule H - CoDebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)
- ☑ Declaration Concerning Debtor's Schedules
- ☐ Statement of Financial Affairs and/or Declaration
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Disclosure of Compensation of Attorney for Debtor(s)
- ☐ Statement of Current Monthly Income and Means Test Calculation
- ☐ Certification of Credit Counseling
- ☐ Other: __

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

E-filed on __October 4, 2025__

## Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

**/s/ RICKEY CARL HARING**
**RICKEY CARL HARING**
**Debtor's Signature**
**Date:** October 4, 2025

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **RICKEY** | **CARL** | **HARING** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number **25-50701-hlb**
(if known)

■ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

  ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

  ■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** | **Nevada Homeowner Assistance Fund**<br>Creditor's Name | **Describe the property that secures the claim:**<br>7440 West 4th St., Spc14 Reno, NV 89523 Washoe County<br>1994 DEL1, 55'X24' | $19,771.66 | $130,000.00 | $19,771.66 |
| | **P.O. Box 15142**<br>**Las Vegas, NV 89114**<br>Number, Street, City, State & Zip Code | **As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>■ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)  **Deed of Trust** | | | |
| | **Date debt was incurred**  **07/18/24** | **Last 4 digits of account number**  **1290** | | | |

Debtor 1  **RICKEY CARL HARING**
        First Name      Middle Name      Last Name

Case number (if known)  **25-50701-hlb**

| 2.2 | **The James Carnes Living Trust** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe the property that secures the claim:** | $144,828.00 | $130,000.00 | $14,828.00 |
| | UAD dated March 18, 2021 | 7440 West 4th St., Spc14 Reno, NV 89523 Washoe County | | | |
| | James Carnes, Trustee | 1994 DEL1, 55'X24' | | | |
| | 375 Palace Drive | | | | |
| | Reno, NV 89506 | | | | |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **MAY 2021**    Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:  **$164,599.66**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  **$164,599.66**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[  ]  Name, Number, Street, City, State & Zip Code
**James Russell Carnes**
**375 Palace Drive**
**Reno, NV 89506**

On which line in Part 1 did you enter the creditor?  **2.2**
Last 4 digits of account number ___

[  ]  Name, Number, Street, City, State & Zip Code
**Paul J. Malikowski**
**P.O. Box 9030**
**Reno, NV 89507-9030**

On which line in Part 1 did you enter the creditor?  **2.2**
Last 4 digits of account number ___

**Fill in this information to identify your case:**

Debtor 1: **RICKEY CARL HARING**
First Name    Middle Name    Last Name

Debtor 2: 
(Spouse if, filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): **25-50701-hlb**

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ RICKEY CARL HARING**
  **RICKEY CARL HARING**
  Signature of Debtor 1

X _____
  Signature of Debtor 2

Date **October 4, 2025**

Date _____

Official Form 106Dec    **Declaration About an Individual Debtor's Schedules**