Mary Beth Gardner, Esq.
Nevada Bar No. 3955
620 East Plumb Ln., Suite 210
Reno, Nevada 89502
Phone: (775) 329-7979
Fax:    (775) 201-0343
Email: marybethgardner@hotmail.com
Attorney for Debtor Haring

E-Filed: February 27, 2026

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

IN RE:

RICKEY CARL HARING,

Debtor.

Case No.  BK-N-25-50701-hlb

Chapter -13-

Hearing Date:  04/13/2026
Hearing Time:  1:30 p.m.

**DEBTOR'S OBJECTION TO SECURED CLAIM OF**
**SAN JOAQUIN COUNTY TREASURER - TAX COLLECTOR (Claim #15)**

COME NOW the Debtor, RICKEY CARL HARING, by and through his attorney of record, Mary Beth Gardner, and in accordance with Fed. R. Bankr. P. 3007 and LR 3007, herein objects to the following claim; to-wit:

| | |
|---|---|
| Claimant: | **San Joaquin County Treasurer - Tax Collector** |
| Disputed Amount: | **$968.75 (Secured Claim)** |
| Date filed: | **October 2, 2025** |
| Assigned No.: | **Claim #15*** |

**MEMORANDUM OF GROUNDS FOR DEBTORS' OBJECTION**

Debtor objects to the purported "secured" nature of Claim #15, of the San Joaquin County Treasurer - Tax Collector Revenue Service (hereinafter "San Joaquin"), on the basis that the debt is not secured, and is in fact unsecured and non-priority, and should be classified and treated as such.

---

  *. As directed by Local Rule 3007(a)(4), a copy of the first page of  Proof of Claim #15 is attached hereto and denominated Exhibit 1. The remaining pages of Claim #15 are relevant to Debtor's argument and therefore also attached hereto and included within Exhibit 1.

1

1    The basis of San Joaquin's claim is personal property taxes due and owing for one or more

2    boats purportedly owned by the Debtor, a resident of San Joaquin County California, during the

3    years 1997 through 2000.

4    Pursuant to 11 U.S.C. §506(a), a claim is secured only to the extent it is supported by a lien

5    on property of the bankruptcy estate.  The Debtor has not owned, possessed, or controlled any of the

6    referenced boats for more than 25 years and no such property exists as property of the estate as of the

7    petition date.  In accordance with California Rev & Tax Code §2191.3, the statutory personal

8    property lien attaches to the assessed personal property, not the debtor.  Because the statutory tax lien

9    attaches only to the assessed property and not to the Debtor personally, and because no collateral

10   exists in this bankruptcy estate, the claim is not secured.

11   Debtor further notes that, in response to question #9 of the proof of claim form, San Joaquin

12   denominates the debt as secured by a "lien on personal taxes".  (Claim #15, p.2).  However, the

13   "Statement of Owing" of the San Joaquin County Treasurer-Tax Collector submitted in support of

14   the claim includes computer printouts of each year's account with respect to the Debtor and his

15   alleged boats, and those printouts specifically denominate the accounts as "Delinquent **Unsecured**".

16   (Id., (Supporting Detail) pp, 2, 3 and 4) (emphasis added).  Thus, San Joaquin's own records subvert

17   the assertion that its claim is secured.

18   **REQUEST FOR RELIEF**

19   WHEREFORE, the premises considered, Debtor respectfully requests this Court

20   reclassify Claim #15, the claim of the San Joaquin County Treasurer - Tax Collector Revenue

21   Service, as a general unsecured, non-priority claim.

22   RESPECTFULLY SUBMITTED this 27th day of February, 2026.

23

24        /s/    _Mary Beth Gardner_ __
          MARY BETH GARDNER

25

26

27                                              2

1

**CERTIFICATE OF SERVICE**

2      The undersigned certifies that on this 27th day of February, 2026, she served true and correct

3  copies of **DEBTOR'S OBJECTION TO SECURED CLAIM OF SAN JOAQUIN COUNTY**

4  **TREASURER - TAX COLLECTOR (Claim #15)** via the EMF system on the Chapter 13 Trustee

5  and on the San Joaquin County Treasurer - Tax Collector by U.S. Postal Service, first-class postage

6  prepaid, addressed as follows:

7          San Joaquin County Treasurer - Tax Collector
           P.O. Box 2169
8          Stockton, CA 95201-2169

9                                        /s/ Mary Beth Gardner /s/
                                         Mary Beth Gardner, Esq.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                      3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

**Fill in this information to identify the case:**

Debtor 1   RICKEY HARING

Debtor 2   KRYSTAL COLLETTA
(Spouse, if filing)

United States Bankruptcy Court    **District of Nevada**

Case number:  **25-50701**

**FILED**

U.S. Bankruptcy Court
District of Nevada

10/2/2025

Dan Owens, Clerk

## Official Form 410
## Proof of Claim

04/25

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

### Part 1:  Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | SAN JOAQUIN COUNTY TREASURER–TAX COLLECTOR |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |

**2. Has this claim been acquired from someone else?**
- ☑ No
- ☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

SAN JOAQUIN COUNTY TREASURER–TAX COLLECTOR

Name

P O BOX 2169
STOCKTON, CA 95201-2169

Contact phone ___209-468-2133___

Contact email ___tax@sjgov.org___

Uniform claim identifier (if you use one):
_____

Where should payments to the creditor be sent? (if different)

Name

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**
- ☑ No
- ☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
  MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
- ☑ No
- ☐ Yes. Who made the earlier filing? _____

Case 25-50701-hlb   Claim 15   Filed 10/02/25   Page 2 of 3

**Part 2:**  Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| **6.Do you have any number you use to identify the debtor?** | ☑ No <br> ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: | _____ |

**7.How much is the claim?**   $   968.75    **Does this amount include interest or other charges?**
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

   LIEN OF UNSECURED TAXES

**9. Is all or part of the claim secured?**

☐ No
☑ Yes. The claim is secured by a lien on property.
  **Nature of property:**
  ☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
  ☐ Motor vehicle
  ☑ Other. Describe:     LIEN ON PERSONAL TAXES

  **Basis for perfection:**   _____

  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

  **Value of property:**        $ _____

  **Amount of the claim that is secured:**   $   968.75

  **Amount of the claim that is unsecured:**   $   0.00     (The sum of the secured and unsecured amounts should match the amount in line 7.)

  **Amount necessary to cure any default as of the date of the petition:**   $ _____

  **Annual Interest Rate** (when case was filed)   18.0   %

  ☑ Fixed
  ☐ Variable

**10.Is this claim based on a lease?**
☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11.Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property:   _____

Official Form 410          Proof of Claim          page 2

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No<br>☐ Yes. *Check all that apply:* | Amount entitled to priority |
|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ _____ |
| | | * Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.<br><br>A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571. | Check the appropriate box:<br><br>☐ I am the creditor.<br>☒ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

Executed on date      10/2/2025

                   MM / DD / YYYY

/s/ MARIA L CAZARES

Signature

Print the name of the person who is completing and signing this claim:

Name           MARIA L CAZARES

              First name     Middle name     Last name

Title            ACCOUNTING TECHNICIAN II

Company      SAN JOAQUIN COUNTY TREASURER TAX COLLECTOR

              Identify the corporate servicer as the company if the authorized agent is a servicer

Address       44 N SAN JOAQUIN ST. STE.150

              Number  Street

              STOCKTON, CA 95202

              City  State  ZIP Code

Contact phone    209-468-2133        Email    tax@sjgov.org



## STATEMENT OF OWING

Treasurer-Tax Collector
44 N. San Joaquin Street, Suite 150
Stockton, CA 95202
Phone (209) 468-2133 • Fax: (209) 468-9482
www.sjcttc.org

**CASE # 25-50701**
**CHAPTER: 13**
**NAME: Rickey Carl Haring & Krystal Eve Colletta**
**CLAIM FILING DATE: 10-02-2025**

| PARCEL/ASSESSMENT | TAX YEAR(S) | AMOUNT DUE AS OF PETITION DATE | AMOUNT DUE AS OF CLAIM FILING DATE |
|---|---|---|---|
| 555-011-000-097 | 1997 | $264.65 | $266.18 |
| 555-007-710-098 | 1998 | $248.40 | $249.86 |
| 555-008-760-099 | 1999 | $231.11 | $232.47 |
| 555-052-420-200 | 2000 | $218.92 | $220.24 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Amounts due as of petition date and claim filing date for bankruptcy case.** | | **$963.08** | **$968.75** |

**\*Amounts listed are amounts due as of claim filing date for referenced bankruptcy case. Additional monthly interest of 1.5% provided by law (Revenue and Taxation Code Sections 2922(d) and 4103).**

**Note: interest accrues by 1.5% per month or 18% annually**

Please remit payment by Cashier's Check or Money order made payable to:

**SAN JOAQUIN COUNTY TREASURER-TAX COLLECTOR**
P.O. BOX 2169, 44 N SAN JOAQUIN ST, STE 150
STOCKTON, CA 95201-2169

See attached for screen prints/detail

| M. CAZARES | Date: 10-02-2025 |
|---|---|

**CASE # 25-50701**
**CHAPTER: 13**
**NAME: Rickey Carl Haring & Krystal Eve Colletta**
**CLAIM FILING DATE: 10-02-2025**

PARCEL/ASSESSMENT # 555-011-000-097, 555-007-710-098, 555-008-760-099, & 555-052-420-200

Amount Due\*: $968.75

**\*Amounts listed are amounts due as of claim filing date for referenced bankruptcy case. Additional monthly interest of 1.5% provided by law (Revenue and Taxation Code Sections 2922(d) and 4103).**

(Note: Interest accrued by 1.5% per month or 18% annual)

Please remit payment by Cashier's Check or Money Order made payable to:

**SAN JOAQUIN COUNTY TREASURER-TAX COLLECTOR**
**P.O. BOX 2169, 44 N SAN JOAQUIN ST, STE 150**
**STOCKTON, CA 95201-2169**

MC

**CASE # 25-50701**    Case 25-50701-hlb    Claim 15    Filed 10/02/25    Page 3 of 4
**CHAPTER: 13**
**NAME: Rickey Carl Haring & Krystal Eve Colletta**
**CLAIM FILING DATE: 10-02-2025**

File  Edit  View  Tax Bill  Reports  Help

TCV0100v2.5.0.022: ASMT                    **Definquent Unsecured**                    Oct 01, 2025 2:24:08

Asmt: 555-007-710-098    Tax Year 1998    As Of Date 10/01/2025    Owner's Name HARING RICKEY C    ...

| Description | BOATS |
|---|---|
| Situs 1 | |
| Situs 2 | |
| Fee Parcel | 555-007-710-000 |
| Original Asmt | 542-4JN-000-___ |
| Supplemental Count | 0 |
| Rate | A15 - 0.015  rate - (1-1/2 |

| Address 1 | 720 N CRESCENT AVE |
|---|---|
| Address 2 | LODI CA 95240 |
| Address 3 | |
| Address 4 | |

CORTAC Number
Loan Number
Name
Phone Number                    Lender Number

| Taxes | 1 | Total |
|---|---|---|
| | LATE | |
| Date | 08/31/1998 | |
| Total Due | $249.86 | $249.86 |
| Total Paid | $0.00 | $0.00 |
| Balance | $249.86 | $249.86 |

| Status | A | TRA | 001-003 |
|---|---|---|---|
| Bill Type | SP | Event Date | |
| Taxability | | Printed Date | 06/27/1998 |
| Roll Type | Y | Lot SqFt | 0.00 |

Fee Parcel  ___-___-___    Owner
Situs 1    Situs 2    **Search**    TOT Inquir

| Default | | Roll Changes | **Bankruptcy** | Lien | Fees | Has Notes | Trust Activ |
|---|---|---|---|---|---|---|---|

**ASMT**  Owners  Values  Tax Codes  Taxes  Part Pays\Four Pays  Coll. Refunds  R/C Refunds  Supp

TCV0100v2.5.0.022: ASMT                    **Definquent Unsecured**                    Oct 01, 2025 2:25:19 PM

Asmt: 555-008-760-099    Tax Year 1999    As Of Date 10/01/2025    Owner's Name HARING RICKEY C    ...

| Description | BOATS |
|---|---|
| Situs 1 | |
| Situs 2 | |
| Fee Parcel | 555-008-760-000 |
| Original Asmt | 542-4JN-000-___ |
| Supplemental Count | 0 |
| Rate | A15 - 0.015  rate - (1-1/2 |

| Address 1 | 720 N CRESCENT AVE |
|---|---|
| Address 2 | LODI CA 95240 |
| Address 3 | |
| Address 4 | |

CORTAC Number
Loan Number
Name
Phone Number                    Lender Number

| Taxes | 1 | Total |
|---|---|---|
| | LATE | |
| Date | 08/31/1999 | |
| Total Due | $232.47 | $232.47 |
| Total Paid | $0.00 | $0.00 |
| Balance | $232.47 | $232.47 |

| Status | A | TRA | 001-003 |
|---|---|---|---|
| Bill Type | SP | Event Date | |
| Taxability | | Printed Date | 06/27/1999 |
| Roll Type | Y | Lot SqFt | 0.00 |

Fee Parcel  ___-___-___    Owner
Situs 1    Situs 2    **Search**    TOT Inquiry

| Default | | Roll Changes | **Bankruptcy** | Lien | Fees | Has Notes | Trust Activity |
|---|---|---|---|---|---|---|---|

**CASE # 25-50701**
**CHAPTER: 13**
**NAME: Rickey Carl Haring & Krystal Eve Colletta**
**CLAIM FILING DATE: 10-02-2025**

| TCV0100v2.5.0.022: ASMT | Delinquent Unsecured | Oct 01, 2025 2:27:16 PM ( |
|---|---|---|

Asmt: 555-052-420-200   Tax Year 2000   As Of Date 10/01/2025   Owner's Name HARING RICKEY C   ...

| Description | BOATS | Address 1 | 16905 GLENSHIRE DR |
|---|---|---|---|
| Situs 1 | | Address 2 | TRUCKEE CA 96161 |
| Situs 2 | | Address 3 | |
| Fee Parcel | 555-052-420-000 | Address 4 | |
| Original Asmt | 542-42N-000- | | |
| Supplemental Count | 0 | CORTAC Number | |
| Rate | A15 - 0.015  rate - (1-1/2! | Loan Number | |
| | | Name | |
| | | Phone Number | Lender Number |

| Taxes | 1 | Total | | Status | A | TRA | 001-003 |
|---|---|---|---|---|---|---|---|
| | LATE | | | Bill Type | SP | Event Date | |
| Date | 08/31/2000 | | | Taxability | | Printed Date | 06/27/2000 |
| Total Due | $220.24 | $220.24 | | Roll Type | Y | Lot SqFt | 0.00 |
| Total Paid | $0.00 | $0.00 | | Fee Parcel | - - | Owner | |
| Balance | $220.24 | $220.24 | | Situs 1 | | Situs 2 | Search |

TOT Inquiry

| Default | | Roll Changes | Bankruptcy | Lien | Fees | Has Notes | Trust Activity |
|---|---|---|---|---|---|---|---|

| ASMT | Owners | Values | Tax Codes | Taxes | Part Pays\Four Pays | Coll. Refunds | R/C Refunds | Suppl. In |
|---|---|---|---|---|---|---|---|---|